```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
R.C. et al.,                                        :
                                                    :
                        Plaintiffs,                 :
                                                    :
           -v-                                      :    23 Civ. 9727 (JPC)
                                                    :
CITY SCHOOL DISTRICT OF THE CITY OF NEW              :        ORDER
YORK,                                               :
                                                    :
                        Defendant.                  :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On February 13, 2024, Defendant filed a letter requesting a pre-motion conference in anticipated of a motion to consolidate this case with thirty-one other cases. Dkt. 7. The following day, the Court scheduled a conference for April 10, 2024, at 11:00 a.m. Dkt. 8 at 2. In doing so, the Court made extremely clear to the parties that it highly doubted that such a motion would have any merit: "Defendant's counsel is directed to be prepared to address why a motion to consolidate would have any merit given that the thirty-two cases involve different plaintiffs, different underlying administrative proceedings, and different work done by counsel giving rise to the fees request, and therefore involve different questions of fact." *Id.*

The Court was surprised to learn today that, notwithstanding the Court's language in scheduling the April 10 conference, Defendant has filed motions to stay many, if not all, of those thirty-one cases, pending that conference. The letters requesting stays make no reference to the undersigned's explicit skepticism with the merits of a consolidation motion.

In light of these developments, the Court will expedite the scheduled April 10 conference and hold it on February 22, 2024, at 2:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. Counsel for Defendant

is further directed that her direct supervisor at the New York City Law Department must attend the conference.

       SO ORDERED.

Dated: February 20, 2024
       New York, New York

                                            JOHN P. CRONAN
                                     United States District Judge