

February 20, 2024

Honorable John P. Cronan, USDJ
Daniel Patrick Moynihan United Stated Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *R.C. et al v. City School District of the City of New York*
            *23-cv-9727 (JPC)*

Dear Judge Cronan:

    This office represents Plaintiffs R.C. and B.C. o/b/o K.C., in the above referenced matter.

    I write on behalf of all parties to respectfully request a brief adjournment of the Conference scheduled by the Court for February 22, 2024 at 2 p.m. (Docket No. 9.) All parties consent to this request. The parties have conferred and are available any day next week, February 26, 2024, through March 1, 2024, at 2 p.m. if the Court grants this request.

    This request is made due to the lack of availability of all counsel of record in this matter due to the mid-winter school recess that is currently occurring. All New York City public school students are on break and all counsel of record have child care obligations through Friday February 23, 2024.

    This is the first such request for an adjournment of this Conference.

    Thank you for your attention to this matter.

Very truly yours,

Jesse Cutler

    cc:    Lauren Howland, Esq.

The request is granted.  The conference scheduled for February 22, 2024, at 2:00 p.m., *see* Dkt. 9 at 2, is adjourned to February 26, 2024, at 11:00 a.m.

SO ORDERED.
Date: February 20, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge

---

THE LAW OFFICES OF REGINA SKYER
AND ASSOCIATES, L.L.P.

REGINA SKYER, ESQ.
JESSE C. CUTLER, ESQ.
GREGORY CANGIANO, ESQ.
DIANA GERSTEN, ESQ.

ALEXANDRA ABEND, ESQ.
SONIA M. CASTRO, ESQ.
JAIME CHLUPSA, ESQ.
STEPHANIE DE ANGELIS, ESQ.
JACQUELINE DEVORE, ESQ.
LINDA GOLDMAN, ESQ.
TERI HOROWITZ, ESQ.
KERRY M. MCGRATH, ESQ.
HEATHER MENDEZ, ESQ.
WILLIAM M. MEYER, ESQ.
TIMOTHY NELSON, ESQ.
MARY PARK, ESQ.
RICKI PARKS, ESQ.
LAUREN RABINOWITZ, ESQ.

142 JORALEMON STREET
SUITE 1120
BROOKLYN, NY 11201

445 HAMILTON AVENUE
SUITE 1102
WHITE PLAINS, NY 10601

666 OLD COUNTRY ROAD
SUITE 305
GARDEN CITY, NY 11530

TEL 212-532-9736
FAX 212-532-9846

SKYERLAW.COM